

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-96,741-01

## EX PARTE JOSE AMBROSIO TAPIA, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 1053651-A IN THE 339ᵀᴴ DISTRICT COURT
## HARRIS COUNTY

*Per curiam*. SCHENCK, P.J. filed a concurring opinion. PARKER, J., filed a dissenting opinion joined by YEARY and FINLEY, J.J.

## O P I N I O N

Applicant was convicted of aggravated robbery and sentenced to life imprisonment. The First Court of Appeals affirmed his conviction. *Tapia v. State*, No. 01-06-00915-CR (Tex. App.—Houston [1ˢᵗ Dist] Jan. 15, 2008)(not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE

CRIM. PROC. art. 11.07.

Applicant contends that appellate counsel failed to timely inform Applicant that his conviction had been affirmed. Based on the record, the trial court has determined that appellate counsel's performance was deficient and he is entitled to relief.

Relief is granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997); *Ex parte Crow*, 180 S.W.3d 135 (Tex. Crim. App. 2005). Applicant may file an out-of-time petition for discretionary review of the judgment of the First Court of Appeals in cause number 01-06-00915-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.


Delivered:      January 29, 2026
Do not publish